UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.  01-10314-MLW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 -- Conspiracy |
| KEVIN MODLIN, | ) | to Distribute Cocaine Base |
| A/K/A "SHORTY;" | ) | |
| JONATHAN HART, | ) | 21 U.S.C. § 841(a)(1) -- |
| A/K/A "JIZZ;" | ) | Distribution of Cocaine |
| EDWARD BRITT; | ) | Base |
| A/K/A "SHORTY;" | ) | |
| AARON BROWN, | ) | 18 U.S.C. § 2 -- |
| A/K/A "A-K;" | ) | Aiding and Abetting |
| DARRYL GREEN; | ) | |
| HORMEL ST. CHARLES; | ) | 18 U.S.C. § 924(c)(1)(A) -- |
| CURT BELGROVE, | ) | Use of a Firearm During a |
| A/K/A "GRITS" OR "GRIZZ;") | Drug Trafficking Crime |
| DONNELL BEVERLY; | ) | |
| TYRIE WILLIAMS, | ) | |
| A/K/A "SMOKE" or | ) | |
| "DETROIT;" | ) | |
| SEAN WILLIAMS; | ) | |
| KHAMAL MCCALOP, | ) | |
| A/K/A "MARLEY;" | ) | |
| BRANDEN MORRIS; | ) | |
| DON JAMONT BANKS; | ) | |
| and | ) | |
| ERIC KING, | ) | |
| A/K/A "NITTY" or "NETTY" ) | |

DOCKETED

FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**      **(21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about September of 2000, and continuing thereafter until the date of this indictment, in the District of Massachusetts and elsewhere,

**KEVIN MODLIN, A/K/A "SHORTY;"**
**JONATHAN HART, A/K/A "JIZZ;"**

109

**EDWARD BRITT, A/K/A "SHORTY;"**
**AARON BROWN, A/K/A "A-K;"**
**DARRYL GREEN;**
**HORMEL ST. CHARLES;**
**CURT BELGROVE, A/K/A "GRITS" OR "GRIZZ;"**
**DONNELL BEVERLY;**
**TYRIE WILLIAMS, A/K/A "SMOKE" OR "DETROIT;"**
**SEAN WILLIAMS;**
**KHAMAL MCCALOP, A/K/A "MARLEY;"**
**BRANDEN MORRIS;**
**and**
**ERIC KING, A/K/A "NITTY" OR "NETTY,"**

the defendants herein, did knowingly and intentionally conspire

and agree among themselves and with persons known and unknown to

the Grand Jury, to possess with intent to distribute, and to

distribute, 50 grams or more of a mixture or substance which

contains a detectable amount of cocaine base, also known as

"crack," a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section

846.

<u>COUNT TWO</u>:        **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine**
                  **Base; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 8, 2001, at Boston, in the District of

Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, cocaine base, also

known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

**COUNT THREE:**     **(21 U.S.C.   § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 16, 2001, at Boston, in the District of Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY"**
**AND**
**DON JAMONT BANKS,**

the defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, 5 grams or more of a mixture or substance which contains a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:      (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine**
                     **Base)**

The Grand Jury further charges that:

On or about January 19, 2001, at Boston, in the District of

Massachusetts,

**TYRIE WILLIAMS, A/K/A "SMOKE" OR "DETROIT,"**

the defendant herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, cocaine base, also

known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C).

**COUNT FIVE:**       **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about January 26, 2001, at Boston, in the District of Massachusetts,

**TYRIE WILLIAMS, A/K/A "SMOKE" OR "DETROIT,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT SIX:**    **(21 U.S.C.  § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about February 14, 2001, at Boston, in the District of Massachusetts,

**TYRIE WILLIAMS, A/K/A "SMOKE" OR "DETROIT,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT SEVEN:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base)**

The Grand Jury further charges that:

On or about February 20, 2001, at Boston, in the District of
Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess
with intent to distribute, and did distribute, 5 grams or more of
a mixture or substance which contains a detectable amount of
cocaine base, also known as "crack," a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Sections
841(a)(1) and (b)(1)(B)(iii).

**COUNT EIGHT:**     (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base; 18 U.S.C. §2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about March 13, 2001, at Boston, in the District of Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY;"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT NINE:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 28, 2001, at Boston, in the District of Massachusetts,

**JONATHAN HART, A/K/A "JIZZ,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT TEN:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 28, 2001, at Boston, in the District of Massachusetts,

**EDWARD BRITT, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT ELEVEN:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. §2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about March 29, 2001, at Boston, in the District of Massachusetts,

**EDWARD BRITT, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

12

<u>**COUNT TWELVE**</u>:   (21 U.S.C.   § 841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury further charges that:

On or about April 6, 2001, at Boston, in the District of Massachusetts,

**EDWARD BRITT, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT THIRTEEN**:          (21 U.S.C. § 841(a)(1) -- Distribution of
                             Cocaine Base; 18 U.S.C. §2 -- Aiding and
                             Abetting)

The Grand Jury further charges that:

On or about April 12, 2001, at Boston, in the District of

Massachusetts,

                    **EDWARD BRITT, A/K/A "SHORTY,"**
                                **and**
                         **SEAN WILLIAMS,**

the defendants herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, cocaine base, also

known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

14

<u>COUNT FOURTEEN</u>:        (21 U.S.C. § 841(a)(1) -- **Distribution of**
                             **Cocaine Base)**

The Grand Jury further charges that:

On or about April 27, 2001, at Boston, in the District of

Massachusetts,

**AARON BROWN, A/K/A "A-K,"**

the defendant herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, 5 grams or more of

a mixture or substance which contains a detectable amount of

cocaine base, also known as "crack," a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(B)(iii).

<u>COUNT FIFTEEN</u>:          (21 U.S.C. § 841(a)(1) -- Distribution of
                          Cocaine Base; 18 U.S.C. §2 -- Aiding and
                          Abetting)

The Grand Jury further charges that:

On or about May 2, 2001, at Boston, in the District of

Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY,"**
**and**
**SEAN WILLIAMS,**

the defendants herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, cocaine base, also

known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

<u>COUNT SIXTEEN</u>:        (21 U.S.C. § 841(a)(1) -- **Distribution of**
**Cocaine Base; 18 U.S.C. §2 -- Aiding and**
**Abetting)**

The Grand Jury further charges that:

On or about May 3, 2001, at Boston, in the District of

Massachusetts,

**EDWARD BRITT, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, 5 grams or more of

a mixture or substance which contains a detectable amount of

cocaine base, also known as "crack," a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code,

Section 2.

**COUNT SEVENTEEN:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about May 9, 2001, at Boston, in the District of Massachusetts,

**CURT BELGROVE, A/K/A "GRITS" OR "GRIZZ;"**
**and**
**EDWARD BRITT, A/K/A "SHORTY,"**

the defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT EIGHTEEN:**        **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about May 10, 2001, at Boston, in the District of Massachusetts,

**AARON BROWN, A/K/A "A-K,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT NINETEEN</u>:        (21 U.S.C. § 841(a)(1) -- **Distribution of**
**Cocaine Base)**

The Grand Jury further charges that:

On or about May 31, 2001, at Boston, in the District of
Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY,"**

the defendant herein, did knowingly and intentionally possess
with intent to distribute, and did distribute, cocaine base, also
known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections
841(a)(1) and (b)(1)(C).

**COUNT TWENTY**:   (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury further charges that:

On or about May 31, 2001, at Boston, in the District of Massachusetts,

**KHAMAL MCCALOP, A/K/A "MARLEY,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT TWENTY-ONE</u>:   (21 U.S.C.   § 841(a)(1) -- Distribution of
                          Cocaine Base; 18 U.S.C. §2 -- Aiding and
                          Abetting)

The Grand Jury further charges that:

On or about June 20, 2001, at Boston, in the District of
Massachusetts,

**AARON BROWN, A/K/A "A-K;"**
**EDWARD BRITT A/K/A "SHORTY;"**
**and**
**BRANDEN MORRIS,**

the defendants herein, did knowingly and intentionally possess
with intent to distribute, and did distribute, cocaine base, also
known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections
841(a)(1) and (b)(1)(C), and Title 18, United States Code,
Section 2.

<u>COUNT TWENTY-TWO</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of
                          Cocaine Base; 18 U.S.C. §2 -- Aiding and
                          Abetting)

The Grand Jury further charges that:

On or about June 21, 2001, at Boston, in the District of

Massachusetts,

**KEVIN MODLIN, A/K/A "SHORTY"**
**and**
**DONNELL BEVERLY,**

the defendants herein, did knowingly and intentionally possess

with intent to distribute, and did distribute, cocaine base, also

known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C), and Title 18, United States Code,

Section 2.

**COUNT TWENTY-THREE**: **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about June 27, 2001, at Boston, in the District of Massachusetts,

**SEAN WILLIAMS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT TWENTY-FIVE:**   **(21 U.S.C. § 841(a)(1) -- Distribution of**
**Cocaine Base)**

The Grand Jury further charges that:

On or about July 3, 2001, at Boston, in the District of
Massachusetts,

**DARRYL GREEN,**

the defendant herein, did knowingly and intentionally possess
with intent to distribute, and did distribute, 5 grams or more of
a mixture or substance which contains a detectable amount of
cocaine base, also known as "crack," a Schedule II controlled
substance.

All in violation of Title 21, United States Code, Sections
841(a)(1) and (b)(1)(B)(iii).

26

**COUNT TWENTY-SIX:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about July 18, 2001, at Boston, in the District of Massachusetts,

**DARRYL GREEN,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, 5 grams or more of a mixture or substance which contains a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

27

<u>**COUNT TWENTY-SEVEN**</u>: **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 1, 2001, at Boston, in the District of Massachusetts,

**HORMEL ST. CHARLES,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

28

**COUNT TWENTY-EIGHT**: **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 9, 2001, at Boston, in the District of Massachusetts,

**HORMEL ST. CHARLES,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

29

**COUNT TWENTY-NINE:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 30, 2001, at Boston, in the District of Massachusetts,

**ERIC KING, A/K/A "NITTY" or "NETTY,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

**<u>COUNT THIRTY</u>:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about August 30, 2001, at Boston, in the District of Massachusetts,

**DONNELL BEVERLY,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

31

**COUNT THIRTY-ONE:**     **(18 U.S.C. § 924(c)(1)(A) -- Carrying a**
                         **Firearm During a Drug Trafficking Crime)**

The Grand Jury further charges that:

On or about July 5, 2001, at Boston, in the District of
Massachusetts,

**JONATHAN HART, A/K/A "JIZZ,"**

the defendant herein, knowingly carried a firearm, to wit, a Star
9 mm semi-automatic pistol containing serial number 1253250,
during and in relation to a drug trafficking crime for which he
may be prosecuted in a court of the United States, that is, the
possession with the intent to distribute of a quantity of cocaine
base, also known as "crack," in violation of Title 21, United
States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section
924(c)(1)(A).

32

A TRUE BILL,

FOREPERSON OF THE GRAND JURY

Theodore B. Heinrich
Patrick M. Hamilton
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS                    December 5, 2001

    Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

12/5/01

3:45pm

33