UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR No. 01-10314-MLW |
| | ) |
| KHAMAL MCCALOP, | ) |
| | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                                December 3, 2007

As stated in court on November 30, 2007, it is hereby ORDERED that:

1. The parties shall confer and Probation shall, by December 14, 2007, file a new petition and violation report or report to the court that it intends to proceed on the current petition and violation report.

2. A revocation hearing will be held on the current or amended petition on December 19, 2007, at 2:00 p.m.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE